No. 98–9822. SERRA-NAVAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9823. SPEED v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 98–9824. WARD v. UNITED STATES;
No. 98–9884. COX v. UNITED STATES; and
No. 99–5318. GIBSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 171 F. 3d 188.

No. 98–9826. ROBLEDO-ROBLEDO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9827. ROBERSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–9829. ROJAS-ORTIZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–9830. MCGRADY ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9831. SANCHEZ-MENDOZA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–9833. CRUZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9834. BROWN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–9835. BLUNT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–9838. CRANDON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–9839. CASTILLO-CHAVEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9842. SEXTON v. FRENCH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–9843. PAGE v. UNITED STATES. Ct. App. D. C. Certiorari denied.